UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Overbey v. C.R. Bard, Inc., et al.*
Case No. 1:22-cv-481

## ORDER

On May 12, 2022, Plaintiff Daniel Overbey filed a complaint in the Rhode Island Superior Court under Case No. PC-2022-02761. (ECF No. 3-1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a 3D Max Mesh and a Ventralight ST hernia mesh patch. (*Id.*) On August 18, 2022, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by a 3D Max Mesh and a Ventralight ST. (ECF No. 1.) On May 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2022-02761. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**6/20/2023**                                         **s/Edmund A. Sargus, Jr.**
**DATE**                                                  **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**